UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mulugeta Guadie Marcus<br><br>     Petitioner<br><br>v.<br><br>Mamo Asgedom Tesema<br><br>     Respondent | Case no. 17-cv-03115-MJG |

**MOTION FOR EXPEDITED REVIEW OF**
**EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO SERVE A**
**DISCOVERY SUBPOENA UNDER 28 U.S.C. § 1782**

Petitioner Mulugeta Guadie Marcus, for the reasons in the Memorandum of Points and Authorities filed concurrently herewith, and for good cause shown, respectfully requests expedited review and consideration of his ex parte application for an order granting leave to serve a subpoena under 28 U.S.C. § 1782.

                            Respectfully submitted,

                            DAVIS, AGNOR, RAPAPORT & SKALNY, LLC
                            */s/ Gregory L. Ewing*
                            Gregory L. Ewing, Esq. Bar No. 20142
                            10211 Wincopin Circle, Suite 600
                            Columbia, MD  21044
                            (410) 995-5800
                            gewing@darslaw.com
                            *Attorney for Petitioner*
                            *Mulugeta Guadie Marcus*