UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mulugeta Guadie Marcus<br><br>            Petitioner<br><br>v.<br><br>Mamo Asgedom Tesema<br><br>            Respondent | Case no. 17-cv-03115-MJG |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PETITIONER'S MOTION FOR EXPEDITED CONSIDERATION**

On October 24, 2017, Petitioner Mulugeta Guadie Marcus filed an Application for a Discovery Subpoena under 28 U.S.C. § 1782.  That petition seeks discovery for use in a proceeding currently pending in the Royal Courts of London.  *See* Exhibit C to Petitioner's Application, Dkt 1-4.  That court issued its initial ruling in an order dated October 6, 2017.  Under the rules of the English Court, Petitioner must request leave to file new evidence or to appeal by November 3, 2017.  As Petitioner seeks the requested discovery in aid of that request, Petitioner requests that this Court review his Application on an expedited basis.  If this court does not grant expedited review, Petitioner may suffer irreparable harm as its opportunity to present evidence to the British courts is limited in time.

Petitioner has acted diligently to protect his rights, but only recently discovered that Mr. Tesema is living in Maryland.  Respondent will not be prejudiced as he will have an opportunity to move to quash any subpoena issued.

Respectfully submitted,

DAVIS, AGNOR, RAPAPORT & SKALNY, LLC
*/s/ Gregory L. Ewing*

Gregory L. Ewing, Esq. Bar No. 20142
10211 Wincopin Circle, Suite 600
Columbia, MD  21044
(410) 995-5800
gewing@darslaw.com
*Attorney for Petitioner*
*Mulugeta Guadie Marcus*